# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENISE JAN FOWLER,
               Appellant,
        vs.
AMERICAN TEXTILE MAINTENANCE
COMPANY,
               Respondent.

No. 84273

**FILED**

JUN 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to enforce a writ of garnishment. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Appellant proposed in the docketing statement that the order is appealable as a special order after final judgment. This court noted that it was not clear how the writ of garnishment alters or affects the rights and obligations of the parties arising from the underlying foreign judgment and directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. *See Gumm v. Mainor*, 118 Nev. 912, 920, 59 P.3d 1220, 1225 (2002) (holding that, to be appealable under NRAP 3A(b)(2), a special order made after final judgment "must be an order affecting the rights of some party to the action, growing out of the judgment previously entered"). Appellant argues that the district court applied the wrong standards in holding that respondent is entitled to enforce the writ of garnishment against her and cites NRS 31.460, providing for an appeal from any final judgment in a garnishment proceeding. The final judgment was the issuance of the writ of execution. Appellant fails to demonstrate that the order alters the rights and obligations of the parties arising from

SUPREME COURT
OF
NEVADA

(O) 1947A

22-19116

the issuance of the writ. An order merely enforcing a prior appealable order does not affect the rights of a party growing out of the final judgment and is not appealable as a special order after final judgment. *See Gumm* at 912, 920, 59 P.3d at 1225. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Mark R. Denton, District Judge
Charles K. Hauser, Settlement Judge
Benjamin B. Childs
Lewis Roca Rothgerber Christie LLP/Las Vegas
Eighth District Court Clerk